## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**RANDY WHITE,**
**D.O.C. # CO8816,**

       *Plaintiff,*

 **v.**                          **Case No.: 3:25cv489-MW/ZCB**

**LIEUTENANT Z. HAYES, et al.,**

       *Defendants.*

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. The Magistrate Judge recommends dismissal both because Plaintiff is attempting to sue state employees in their official capacities for monetary damages and because Plaintiff did not accurately disclose his litigation history. Plaintiff only objects to dismissal for failure to accurately disclose his litigation history inasmuch as he claims he is unable to disclose his litigation history because Defendants have thrown his property away. However, Plaintiff does not object to the primary basis for dismissal—namely, that he continues to seek monetary damages from state employees sued in their official capacity. Notwithstanding Plaintiff's assertion that the report and recommendation is frivolous, this Court agrees that this case is due to be dismissed.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2) because it seeks monetary relief from immune parties." The Clerk shall close the file.

**SO ORDERED on August 12, 2025.**

**s/Mark E. Walker**
**United States District Judge**